IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

MAY 2 8 2020

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| CRAIG MATOSICH,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT MEDICAL GROUP, INC.; WRIGHT MEDICAL TECHNOLOGY, INC.; and DOES 1–10,<br><br>Defendants. | CV 19–16–M–DLC<br><br>ORDER |

Before Court is Defendant Wright Medical Techology, Inc.'s Motion for Supplemental Relief. (Doc. 78.) Although the motion is unopposed, the Court finds that the Defendant has made serious, well-intentioned efforts at compliance with this Court's discovery order. The requested relief is both reasonable and warranted.

Accordingly, IT IS ORDERED that the motion (Doc. 78) is GRANTED. The Defendant shall produce the remaining relevant materials on or before June 8, 2020.

DATED this 28th day of May, 2020.

Dana L. Christensen, District Judge
United States District Court

1